# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0674
LT Case No. 2004-CF-003650-A

_____

HERBERT LEVERNE BROOKS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Lance Manning Day, Judge.

Herbert Leverne Brooks, Sanderson, pro se.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.

August 19, 2025

PER CURIAM.

    AFFIRMED. *See Wainwright v. State*, 411 So. 3d 392, 399 (Fla.
2025) (citing *Dettle v. State*, 395 So. 3d 1054, 1058 (Fla. 2024)).

WALLIS, LAMBERT, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____